United States District Judge FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KOLLEEN AMBAUEN,<br><br>        Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security, | CIVIL NO. C03-5281FDB<br><br>ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $16,508.90 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,044.20 that previously were awarded, and an additional reduction of $1,255.80, leaving a net fee of $11,208.90.

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C03-5281FDB] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

Plaintiff's attorney is not seeking direct payment of this fee by Social Security, as the funds have already been mistakenly disbursed to Plaintiff. The net fee will be paid by Plaintiff directly to Plaintiff's attorney.

DATED this 13th day of July 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO
42 U.S.C. § 406(b) [C03-5281FDB] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055